**CITY ATTORNEY'S OFFICE FOR
THE CITY OF SOUTH LAKE TAHOE
Thomas Watson, City Attorney, SBN 144457
Helen Burkart, Deputy City Attorney, SBN 305212
1901 Airport Road, Suite 300
South Lake Tahoe, CA 96150
(530) 542-6046; FAX (530) 542-6173**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID FOSTER, an individual,

    Plaintiff,

vs.

CITY OF SOUTH LAKE TAHOE, a California
municipal corporation, NANCY KERRY, an
individual; and DOES 1 through 20

    Defendant.

Case No.: 2:16-cv-02840-JAM-EFB

ORDER

Action Filed: 12/02/2016
Judge: Hon. John A. Mendez
Courtroom: 6, 14th Floor

After reviewing the Settlement Agreement attached to and incorporated by reference therein to

Defendant City of South Lake Tahoe's Request for Dismissal, both signed and fully executed by and

between the parties and their counsel of record, **IT IS HEREBY ORDERED THAT**:

1. This action is dismissed with prejudice;

2. Each party will bear their own costs and attorneys' fees;

3. The Court shall retain jurisdiction over enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 6/23/2017    /s/ John A. Mendez_____
          UNITED STATES DISTRICT COURT JUDGE

1